**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
3148 Midway Dr., Suite 203
San Diego, CA 92110
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

*Attorneys for Plaintiffs*,
Lorna Cruz and Conrad Cruz

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORNA CRUZ AND CONRAD CRUZ,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**AMERICAN EXPRESS COMPANY, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES LLC,**<br><br>**Defendants.** | Case No.: 18-cv-1807-MCE-AC<br><br>**STIPULATION AND ORDER OF DISMISSAL AS TO EQUIFAX INFORMATION SERVICES LLC, WITH PREJUDICE** |

Plaintiffs Lorna Cruz and Conrad Cruz (hereinafter "Plaintiffs") and Defendant Equifax Information Services LLC (hereinafter "Equifax") (jointly hereinafter referred to as "the Parties"), hereby stipulate to dismiss Defendant Equifax from the above-entitled action, with prejudice, with each party to bear its own costs and attorneys' fees.

STIPULATION AND ORDER OF DISMISSAL AS TO EQUIFAX

Dated: November 21, 2018    Respectfully submitted,

**C.O. LAW, APC**

By: /s/ Clark Ovruchesky
    Clark Ovruchesky
    ATTORNEYS FOR PLAINTIFF

Dated: November 21, 2018    Respectfully submitted,

**NOKES & QUINN**

By: /s/ Thomas P. Quinn, Jr.
    Thomas P. Quinn, Jr.
    ATTORNEYS FOR DEFENDANT
    EQUIFAX INFORMATION SERVICES LLC

## ORDER

In accordance with the foregoing stipulation, and good cause appearing, all claims of Plaintiffs Lorna Cruz and Conrad Cruz ("Plaintiff") against Defendant Equifax Information Services LLC ("Equifax") are dismissed, with prejudice. Plaintiff and Equifax shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: November 28, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL AS TO EQUIFAX