**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
3148 Midway Dr., Suite 203
San Diego, CA 92110
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

*Attorneys for Plaintiffs*,
Lorna Cruz and Conrad Cruz

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORNA CRUZ AND CONRAD CRUZ,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**AMERICAN EXPRESS COMPANY, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES LLC,**<br><br>**Defendants.** | Case No.: 18-cv-01807-MCE-AC<br><br>**STIPULATION AND ORDER OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

Plaintiff Lorna Cruz and Conrad Cruz (hereinafter "Plaintiffs") and Defendant Experian Information Solutions, Inc. (hereinafter "Experian") (jointly hereinafter referred to as "the Parties"), hereby stipulate to dismiss Defendant Experian from the above-entitled action, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: June 26, 2019  Respectfully submitted,

**C.O. LAW, APC**

By: /s/ Clark Ovruchesky
    Clark Ovruchesky
    ATTORNEYS FOR PLAINTIFF

Dated: June 26, 2019  Respectfully submitted,

**JONES DAY**

By: /s/ Jennifer Sun
    Jennifer Sun
    ATTORNEYS FOR DEFENDANT
    EXPERIAN INFORMATION SOLUTIONS, INC.

## ORDER

In accordance with the foregoing stipulation, and good cause appearing, all claims of Plaintiffs Lorna Cruz and Conrad Cruz ("Plaintiffs") against Defendant Experian Information Solutions, Inc. ("Experian") are dismissed, with prejudice. Plaintiffs and Experian shall each bear their own costs and attorneys' fees. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: July 2, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE